In re:                                                          Case No. 14-03123-HWV
Kerry A. Pellish                                                Chapter 13
Darby Jo Pellish
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: LyndseyPr        Page 1 of 1              Date Rcvd: Jul 23, 2019
                               Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2019.
            +Partners in Womens Healthcare,    Attn: Karen Kissinger,   One Lemoyne Square Plaza,   Suite 201,
             Lemoyne, PA 17043-1230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2019 at the address(es) listed below:
            Chad J. Julius    on behalf of Debtor 1 Kerry A. Pellish cjulius@ljacobsonlaw.com,
             creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
            Chad J. Julius    on behalf of Debtor 2 Darby Jo Pellish cjulius@ljacobsonlaw.com,
             creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
            Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
            Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
             bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
             tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  **KERRY A. PELLISH**                    :        CASE NO.: <u>1:14-bk-03123-HWV</u>
       **DARBY JO PELLISH**                    :
            **Debtors**

        **UPON CONSIDERATION** of the above-referenced Joint Debtor having filed a *Motion to Terminate Wage Attachment* under Chapter 13 of the Bankruptcy Code;

        **IT IS HEREBY ORDERED** that the Motion is GRANTED and that the entity from whom Debtor receives income:

Attn: Karen Kissinger
Partners in Women's Healthcare
One Lemoyne Square Plaza
Suite 201
Lemoyne, PA 17043

shall terminate all deductions and wage attachments remitted to Chapter 13 Trustee, Charles J. Dehart, II, from said Joint Debtor's income, previously ordered by this Honorable Court on November 20, 2014.


Dated:  July 23, 2019                    By the Court,

                                    _Henry W. Van Eck_

                                Henry W. Van Eck, Bankruptcy Judge (JH)