# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

KERRY A. PELLISH  Case No.: 1-14-03123-HWV
DARBY JO PELLISH  Chapter 13
    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**      **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | JPMORGAN CHASE BANK, NA |
| Court Claim Number: | 08 |
| Last Four of Loan Number: | 5955 - PRE-ARREARS - 954 Limekiln Road |
| Property Address if applicable: | 954 LIMEKILN ROAD, , NEW CUMBERLAND, PA17070 |

**PART 2:**      **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $24,000.00 |
| b. | Prepetition arrearages paid by the Trustee: | $24,000.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $24,000.00 |

**PART 3:**      **POST PETITION MORTGAGE PAYMENT**

Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment: $1,130.72
Next postpetition payment due: SEPTEMBER, 2019
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: August 15, 2019                      Respectfully submitted,

                                                    s/ Charles J. DeHart, III, Trustee
                                                    Standing Chapter 13 Trustee
                                                    Suite A, 8125 Adams Drive
                                                    Hummelstown, PA 17036
                                                    Phone: (717) 566-6097
                                                    Fax: (717) 566-8313
                                                    eMail: dehartstaff@pamd13trustee.com

Creditor Name: JPMORGAN CHASE BANK, NA
Court Claim Number: 08

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 9002654 | 01/07/2016 | $318.14 | $0.00 | $318.14 |
| 5200 | 9002735 | 02/03/2016 | $477.32 | $0.00 | $477.32 |
| 5200 | 9002816 | 03/02/2016 | $517.71 | $0.00 | $517.71 |
| 5200 | 9002906 | 04/06/2016 | $517.71 | $0.00 | $517.71 |
| 5200 | 9002990 | 05/04/2016 | $1,290.28 | $0.00 | $1290.28 |
| 5200 | 9003073 | 06/14/2016 | $624.28 | $0.00 | $624.28 |
| 5200 | 9003154 | 07/07/2016 | $387.74 | $0.00 | $387.74 |
| 5200 | 9003233 | 08/04/2016 | $440.49 | $0.00 | $440.49 |
| 5200 | 9003314 | 09/01/2016 | $448.84 | $0.00 | $448.84 |
| 5200 | 9003394 | 10/05/2016 | $457.22 | $0.00 | $457.22 |
| 5200 | 9003475 | 11/02/2016 | $902.40 | $0.00 | $902.40 |
| 5200 | 9003559 | 12/06/2016 | $517.11 | $0.00 | $517.11 |
| 5200 | 9003637 | 01/12/2017 | $512.09 | $0.00 | $512.09 |
| 5200 | 9003720 | 02/08/2017 | $468.94 | $0.00 | $468.94 |
| 5200 | 9003797 | 03/09/2017 | $430.08 | $0.00 | $430.08 |
| 5200 | 9003872 | 04/12/2017 | $600.33 | $0.00 | $600.33 |
| 5200 | 9003952 | 05/11/2017 | $512.29 | $0.00 | $512.29 |
| 5200 | 9004031 | 06/13/2017 | $512.28 | $0.00 | $512.28 |
| 5200 | 9004109 | 07/06/2017 | $512.28 | $0.00 | $512.28 |
| 5200 | 9004185 | 08/10/2017 | $507.28 | $0.00 | $507.28 |
| 5200 | 9004264 | 09/19/2017 | $507.26 | $0.00 | $507.26 |
| 5200 | 9004345 | 10/11/2017 | $501.37 | $0.00 | $501.37 |
| 5200 | 9004421 | 11/08/2017 | $501.36 | $0.00 | $501.36 |
| 5200 | 9004503 | 12/05/2017 | $501.36 | $0.00 | $501.36 |
| 5200 | 9004584 | 01/11/2018 | $501.35 | $0.00 | $501.35 |
| 5200 | 9004662 | 02/08/2018 | $501.28 | $0.00 | $501.28 |
| 5200 | 9004741 | 03/08/2018 | $501.29 | $0.00 | $501.29 |
| 5200 | 9004820 | 04/03/2018 | $503.11 | $0.00 | $503.11 |
| 5200 | 9004981 | 05/15/2018 | $501.28 | $0.00 | $501.28 |
| 5200 | 9005062 | 06/07/2018 | $501.28 | $0.00 | $501.28 |
| 5200 | 9005141 | 07/12/2018 | $1,737.00 | $0.00 | $1737.00 |
| 5200 | 9005224 | 08/09/2018 | $417.60 | $0.00 | $417.60 |
| 5200 | 9005309 | 09/06/2018 | $417.59 | $0.00 | $417.59 |
| 5200 | 9005389 | 10/10/2018 | $417.60 | $0.00 | $417.60 |
| 5200 | 9005473 | 11/08/2018 | $412.01 | $0.00 | $412.01 |
| 5200 | 9005556 | 12/13/2018 | $1,060.99 | $0.00 | $1060.99 |
| 5200 | 9005643 | 01/10/2019 | $412.02 | $0.00 | $412.02 |
| 5200 | 9005728 | 02/07/2019 | $404.31 | $0.00 | $404.31 |
| 5200 | 9005983 | 05/09/2019 | $343.91 | $0.00 | $343.91 |
| 5200 | 9006065 | 06/06/2019 | $493.82 | $0.00 | $493.82 |
| 5200 | 9006152 | 07/11/2019 | $445.71 | $0.00 | $445.71 |
| 5200 | 9006241 | 08/07/2019 | $1,461.69 | $0.00 | $1461.69 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    KERRY A. PELLISH                                       Case No.: 1-14-03123-HWV
    DARBY JO PELLISH                                  Chapter 13
            Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 15, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| CHAD J JULIUS ESQUIRE<br>LAW OFFICES OF LESLIE D JACOBS<br>8150 DERRY STREET<br>HARRISBURG PA, 17111-5212 | SERVED ELECTRONICALLY |
| CHASE RECORDS CENTER<br>ATTN: CORRESPONDENCEMAIL/MAIL CODE LA4-5555<br>700 KANSAS LANE<br>MONROE, LA, 71203 | SERVED BY 1ST CLASS MAIL |
| KERRY A. PELLISH<br>DARBY JO PELLISH<br>954 LIMEKILN ROAD<br>NEW CUMBERLAND, PA 17070 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 15, 2019
                                                      s/   Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com