Certificate Number: 15317-PAM-DE-034002333

Bankruptcy Case Number: 14-03123



15317-PAM-DE-034002333

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 26, 2020</u>, at <u>12:53</u> o'clock <u>PM PST</u>, <u>Darby Pellish</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>January 26, 2020</u>　　　By:　<u>/s/Jonald Gutierrez</u>

　　　　　　　　　　　　　　　Name:　<u>Jonald Gutierrez</u>

　　　　　　　　　　　　　　　Title:　<u>Counselor</u>