```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 14-03123-HWV
Kerry A. Pellish
Darby Jo Pellish                                                         Chapter 13
       Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke             Page 1 of 3              Date Rcvd: Feb 04, 2020
                              Form ID: 3180W              Total Noticed: 61
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2020.

```
db/jdb     +Kerry A. Pellish,    Darby Jo Pellish,    954 Limekiln Road,    New Cumberland, Pa 17070-2320
4519515    +AMCOL Systems,    111 Lancewood Road,    Columbia, South Carolina 29210-7523
4519518    +Arlington Group,    805 Sir Thomas Court,    Harrisburg, PA 17109-4839
4519519    +Arlington Group,    805 Sir Thomas Court,    Harrisburg, Pennsylvania 17109-4839
4519520    +Associated Otolaryngologists,    875 Poplar Church Rd, #320,    Camp Hill, PA 17011-2203
4519521    +Bureau of Account Mgmt,    3607 rosemont Ave.,    Camp Hill, Pennsylvania 17011-6904
4644750     CHASE RECORDS CENTER, ATTN: CORRESPONDENCE MAIL,    MAIL CODE LA4-5555, 7 KANSAS LANE,
             MONROE, LA   71203
4519522     Camp Hill Emergency Physicians,    PO Box 13693,    Philadelphia, Pennsylvania 19101-3693
4519525    +Commercial Acceptance,    2 W. Main St.,    Shiremanstown, Pennsylvania 17011-6326
4519526     Computer Credit Inc,    PO Box 5238,    Winston-Salem, North Carolina 27113-5238
4519529    +Earthlink c/o NCO Financial Systems,    PO Box 15630, Dept. 02,    Wilmington, DE 19850-5630
4519530    +Fairview Township,    599 Lewisberry Road,    New Cumberland, PA 17070-2399
4519531    +Fairview Township,    599 Lewisberry Road,    New Cumberland, Pennsylvania 17070-2399
4519532    +Family Practice Center,    7 Dock Hill Rd.,    Middleburg, PA 17842-8910
4519533    +First Choice Rehabilitation Specialists,    400 Technoloby Dr., Ste 240,
             Canonsburg, PA 15317-9575
4519535    +George Kunkel, MD,    2405 Linglestown Rd.,    Harrisburg, PA 17110-9429
4519536    +Hospital Billing and Collection,    118 Lukens Drive,    New Castle, DE 19720-2727
4519538    +JP Morgan Chase Bank, NA,    3301 Boston St., Ste 201,    Baltimore, MD 21224-4979
5263702    +JPMorgan Chase Bank, National Association,    c/o Kevin S. Frankel, Esquire,
             Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
4519539    +Law Offices of Charles G. McCarthy, Jr.,    PO Box 1045,    Bloomington, IL 61702-1045
4529423    +MARINER FINANCE, LLC,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
4519540    +Martin's Food Market/Giant,    3301 Trindle Road,    Camp Hill, PA 17011-4413
4519541    +Mechanicsburg Chiropractice,    1010 Wesley Drive,    Mechanicsburg, PA 17055-5467
4519509    +Nationwide Credit Inc.,    Vestal Plaza,    4700 Vestal Parkway East,    Vestal, NY 13850-3770
4519545    +Orthopedic Institute of Pennsylvania,    3399 Trindle Road,    Camp Hill, Pennsylvania 17011-2286
4519546    +Peerless Credit Services, Inc.,    PO Box 518,    Middletown, PA 17057-0518
4519547     Pendrick Capital Partners,    626 US Hwy 1, Ste 102,    Key West , FL 33040
4519548     Penn State Hershey Medical Center,    PO Box 643291,    Pittsburgh, Pennsylvania 15264-3291
4519549    +Pennsylvania Psychiatric Institute,    PO Box 1855,    Harrisburg, PA 17105
4519550    +Pennsylvania Psychiatric Institute,    PO Box 1855,    Harrisburg, Pennsylvania 17105
4519551     Pinnacle Health Hospitals,    PO Box 2352,    Harrisburg, Pennsylvania 17105-2353
4519554    +Quantum Imaging and Therapeutic Associat,    629D Lowther Rd,    Lewisberry, PA 17339-9527
4519555    +Quest Diagnostics,    PO Box 740775,    Cincinnati, Ohio 45274-0775
4519558     RMS,    4826 Brecksville Road,    Richfield, OH 44286
4519556    +Riverside Anesthesia,    1 Rutherford Rd., Ste 101,    Harrisburg, PA 17109-4540
4519557    +Riverside Anesthesia,    1 Rutherford Rd., Ste 101,    Harrisburg, Pennsylvania 17109-4540
4644755    +State Collection Service, Inc.,    2509 S. Stoughton Road,    Madison, WI 53716-3314
4519562    +Susquehanna Valley Surgery Center,    4310 Londonderry Rd., #1,    Harrisburg, PA 17109-5302
4519564    +Tristan Associates,    4520 Union Deposit road,    Harrisburg, PA 17111-2910
4519565    +Tristan Associates,    4520 Union Deposit road,    Harrisburg, Pennsylvania 17111-2910
4519566    +Urology of Central PA,    423 N. 21st St., Ste 300,    Camp Hill, PA 17011-2207
4519567    +Urology of Central PA,    423 N. 21st St., Ste 300,    Camp Hill, Pennsylvania 17011-2207
4519568    #+Wellspan Medical Group,    1803 Mount Rose Ave., Suite B3,    York, Pennsylvania 17403-3051
4519569    +West Shore EMS,    205 Grandview Ave.,    Camp Hill, Pennsylvania 17011-1708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4519513    +EDI: RMCB.COM Feb 05 2020 00:13:00      AMCA (American Medical Collection Agency,
             2269 S. Saw Mill River Rd., Bldg. 3,    Elmsford, NY 10523-3848
4519514    +EDI: RMCB.COM Feb 05 2020 00:13:00      AMCA (American Medical Collection Agency,
             2269 S. Saw Mill River Rd., Bldg. 3,    Elmsford, New York 10523-3848
4524849     EDI: PHINAMERI.COM Feb 05 2020 00:13:00      AmeriCredit Financial Services, Inc.,
             P O Box 183853,    Arlington, TX 76096
4519512    +E-mail/Text: rperez@arcadiarecovery.com Feb 04 2020 19:11:57      Accounts Recovery Bureau,
             645 Penn Street #401,    Reading, PA 19601-3559
4515625    +EDI: OPHSUBSID.COM Feb 05 2020 00:13:00      BACK BOWL I LLC, SERIES C,
             C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4519507    +E-mail/Text: cms-bk@cms-collect.com Feb 04 2020 19:11:47      Capital Managment Services,
             Capital Managment Services, 726 Exchange,    Buffalo, New York 14210-1484
4519508    +E-mail/Text: cms-bk@cms-collect.com Feb 04 2020 19:11:47
             Capital Managment Services, 726 Exchang,    Capital Managment Services, 726 Exchange,
             Buffalo, New York 14210-1484
4519524    +EDI: CIAC.COM Feb 05 2020 00:13:00      CitiFinancial,    Bankruptcy Dept.,    PO Box 142199,
             Irving TX 75014-2199
4519523    +EDI: CITICORP.COM Feb 05 2020 00:13:00      Citibank SD NA,    PO Box 6497,
             Sioux Falls, SD 57117-6497
4519534    +EDI: PHINGENESIS Feb 05 2020 00:13:00      Genesis Financial Solutions/Excel,
             8405 SW Nimbus Ave.,    Beaverton, OR 97008-7185
4519537    +EDI: IRS.COM Feb 05 2020 00:13:00      Internal Revenue Service Center,    600 Arch St., Rm. 5200,
             Philadelphia, PA 19106-1612
```

Case 1:14-bk-03123-HWV    Doc 85    Filed 02/06/20    Entered 02/07/20 00:39:36    Desc
                       Imaged Certificate of Notice    Page 1 of 5

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4519544        +E-mail/Text: bankruptcydepartment@tsico.com Feb 04 2020 19:12:06      NCO Financial,
                 PO Box 15630, Dept. 02,    Wilmington, DE 19850-5630
4519542        +E-mail/Text: Bankruptcies@nragroup.com Feb 04 2020 19:12:12      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, Pennsylvania 17111-1036
4519552        +E-mail/Text: margreen@pinnaclehealth.org Feb 04 2020 19:12:05      Pinnacle Health Medical Group,
                 PO Box 1129,   Harrisburg, Pennsylvania 17108-1129
4526400         EDI: Q3G.COM Feb 05 2020 00:13:00      Quantum3 Group LLC as agent for,
                 Galaxy Asset Purchasing LLC,    PO Box 788,   Kirkland, WA 98083-0788
4519561        +E-mail/Text: nailda@centralcreditaudit.com Feb 04 2020 19:12:13      Statewide Tax Recovery,
                 PO Box 752,    Sunbury, Pennsylvania 17801-0752
4519560        +E-mail/Text: nailda@centralcreditaudit.com Feb 04 2020 19:12:12      Statewide Tax Recovery,
                 PO Box 752,    Sunbury, PA 17801-0752
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4531828*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:  AmeriCredit Financial Services, Inc.,    P O Box 183853,
                 Arlington, TX 76096)
4519543*       Nationwide Credit, Inc.,    PO Box 26314,   Lehigh Valley, PA 18002-6314
4644757*       The Arlington Group,    805 Sir Thomas Court,   Harrisburg, PA 17109-4839
4519511       ##+Aberdeen Medical Services,    528 A Fellowship Rd,   Mount Laurel, NJ 08054-3420
4519516       ##+American Homepatient,    PO Box 827161,   Philadelphia, PA 19182-7161
4519517       ##+American Homepatient,    PO Box 827161,   Philadelphia, Pennsylvania 19182-7161
4519527       ##+CRA Collections,    PO Box 2103,   Mechanicsburg, PA 17055-2103
4519528       ##+CRA Collections,    PO Box 2103,   Mechanicsburg, Pennsylvania 17055-2103
4519510        ##Nationwide Credit, Inc.,    PO Box 26314,   Lehigh Valley, PA 18002-6314
4519553       ##+Powell Rogers & Speaks,    1 Fisher St.,   Halifax, Pennsylvania 17032-8845
4519559       ##+Spirit Physician Services,    205 Grandview Ave.,   Camp Hill, Pennsylvania 17011-1708
4519563       ##+Synergy Orthopedics, LLC,    2901 Jolly Road,   Plymouth Meeting, pa 19462-2324
                                                                                  TOTALS: 0, * 3, ## 9
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2020 at the address(es) listed below:
              Chad J. Julius    on behalf of Debtor 1 Kerry A. Pellish cjulius@ljacobsonlaw.com,
               creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;derashade527@outlook.com
              Chad J. Julius    on behalf of Debtor 2 Darby Jo Pellish cjulius@ljacobsonlaw.com,
               creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;derashade527@outlook.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pa-bk@logs.com

```
District/off: 0314-1          User: AutoDocke        Page 3 of 3            Date Rcvd: Feb 04, 2020
                              Form ID: 3180W         Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Thomas I Puleo   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                             TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kerry A. Pellish<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1466<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Darby Jo Pellish<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7294<br>EIN  __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  1:14–bk–03123–HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kerry A. Pellish

Darby Jo Pellish
aka Darby Jo Brennan

2/4/20

**By the court:**

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**